DATE: August 26, 2008

DEFENDANT: NATHAN DWAINE JOHNSON
AGE:

ADDRESS: Arapahoe County Jail

OFFENSE   18 USC 922(g)(1), Possession of a Firearm by a Prohibited Person
          21 USC 844, Possession of Methamphetamine

PENALTY:  NMT 10 years; $250,000 fine or both; $100 special assessment fee; 3 years supervised release
          NMT 1 year; $100,000 fine or both; $25 special assessment fee

LOCATION
OF OFFENSE: Aurora, Colorado

AGENT: Shane Abraham, BATF

AUTHORIZED BY: ROBERT M. BROWN
               Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less

_____ over five days

_____ other

THE GOVERNMENT

__x__ will seek detention in this case

_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant. **(Circle one)**